CUBELITE, INCORPORATED, Respondent, Appellant, v. TWIN COUPLER COMPANY, INC., Appellant, Respondent.— Order so far as appealed from affirmed, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley,

*Appeal dismissed, 257 N. Y. 580.

JJ.; Finch, P. J., and O'Malley, J., dissent as to the first and third defenses, holding that the same were improperly stricken out.